# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOSEPH W. LEWICKI, JR. AND
ROBERT A. LEWICKI,

        Petitioners

        v.

WASHINGTON COUNTY,
PENNSYLVANIA; WASHINGTON
COUNTY TAX CLAIM BUREAU;
FRANCIS KING; P.S. HYSONG AND
SEAN LEWIS,

        Respondents

: No. 2 WAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

JOSEPH W. LEWICKI, JR. AND
ROBERT A. LEWICKI,

        Petitioners

        v.

WASHINGTON COUNTY,
PENNSYLVANIA AND WASHINGTON
COUNTY TAX CLAIM BUREAU AND
FRANCIS KING, IN HIS CAPACITY AS
TREASURER OF WASHINGTON
COUNTY, PA AND P.S. HYSONG AND
SEAN LEWIS,

        Respondents

: No. 3 WAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is
**DENIED**.